# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158360(53)

ATTORNEY GENERAL and DEPARTMENT
OF ENVIRONMENTAL QUALITY,
Plaintiffs-Appellants,

v

POLYONE CORPORATION, Successor to
M.A. HANNA COMPANY,
Defendant-Appellee.

SC: 158360
COA: 339754
Ingham CC: 94-077813-CE

_____/

On order of the Chief Justice, the motion to allow out-of-state attorney Mark D. Shepard to temporarily appear and practice in the case before this Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2018



Clerk